#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### CENTRAL DIVISION

**MICHAEL TITUS**  **PLAINTIFF**
**ADC #168523**

v.  CASE No. 4:25-cv-1248-JM

**AL PACINO,** *et al.*  **DEFENDANTS**

#### ORDER

The Court's January 8, 2026 Order (Doc. 2) is vacated because, as a three-striker, Titus cannot proceed with this suit unless he pays the full filing fee. Under the three-strikes provision of the PLRA, a prisoner cannot proceed with a federal claim *in forma pauperis* if the prisoner has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The Eighth Circuit has upheld the constitutionality of the three-strikes provision. *Higgins v. Carpenter*, 258 F.3d 797, 801 (8th Cir. 2001).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that Titus has had three prior civil actions dismissed for failure to state a claim upon which relief may be granted. *See Titus v. Scarface, et al*, 4:24-cv-234-KGB (E.D. Ark. dismissed March 25, 2024); *Titus v. World Book, et al*, 6:24-cv-6039-SOH (W.D. Ark. dismissed June 4, 2025); and *Titus v. Rapper T.I.*, 6:24-cv-6044-SOH (W.D. Ark dismissed June 6, 2025). Titus nonetheless may proceed *in forma pauperis* if he establishes that he is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g); *Ashley v. Dilworth*, 147 F.3d 715, 717 (8th Cir. 1998). The imminent danger exception "focuses on the risk that the conduct complained of threatens continuing or future

injury . . . ." *Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003). Nothing in Titus's complaint indicates that he faces an imminent danger; therefore, that exception does not apply. *Dilworth*, 147 F.3d at 717.

IT IS THEREFORE ORDERED THAT:

1. Titus's complaint is DISMISSED WITHOUT PREJUDICE. Should he wish to continue this case, Titus must submit the statutory filing and administrative fees of $405 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the entry date of this order, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case will be reopened.

2. It is CERTIFIED that an *in forma pauperis* appeal from this order or any judgment entered hereunder would not be taken in good faith.

IT IS SO ORDERED this 9th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE